








Case 3:22-cv-00367 Document 6-1 Filed 01/28/23 Page 5 of 40 PageID #: 12





































Case 3:23-cv-00057   Document 1-1   Filed 01/20/23   Page 23 of 40 PageID #: 31
































Case 3:23-cv-00057    Document 1-1    Filed 01/20/23    Page 39 of 40 PageID #: 47

