IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MOLLIE SLAYBAUGH and MICHAEL SLAYBAUGH,, <br><br> Plaintiffs, <br><br> v. <br><br> RUTHERFORD COUNTY, TENNESSEE, RUTHERFORD COUNTY SHERIFF'S DEPARTMENT, and THE TOWN OF SMYRNA, TENNESSEE, <br><br> Defendants. | Case No. 3: 23-cv-00057 <br> Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motions to Dismiss the plaintiffs' Complaint filed by the Town of Smyrna, Tennessee (Doc. No. 14) and Rutherford County, Tennessee and the Rutherford County Sheriff's Department (Doc. No. 21) are **GRANTED**, and this case is **DISMISSED** without prejudice.

This is the final order in this action for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge